1
2
Glenn Zuckerman
**WEITZ & LUXENBERG, PC**
3
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
4
Facsimile: 212-344-5461
Attorneys for Plaintiffs
5
6
7
8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10
11
12 | This Document Relates to:                          )
                                                        )
13 | *Donald Whitman, et al. v. Pfizer Inc*             )   **MDL NO. 1699**
     *(06-1350 CRB)*                                     )   **District Judge:  Charles R. Breyer**
14 |                                                     )
     *Mildred Hance v. Pfizer Inc, et al.*              )
15 | *(06-1718 CRB)*                                     )
                                                        )
16 | *William Lopez, et al. v. Astra Merck, Inc., et al.* )   **STIPULATION AND ORDER OF**
     *(06-2621 CRB)*                                     )   **DISMISSAL WITH PREJUDICE**
17 |                                                     )
     *Rafaela Roman Velez, et al. v. Astra Merck,*      )
18 | *Inc., et al.*                                      )
     *(06-2649 CRB)*                                     )
19 |                                                     )
     *Luis R. Carrion Velez, et al. v. Astra Merck,*    )
20 | *Inc., et al.*                                      )
     *(06-2658 CRB)*                                     )
21 |                                                     )
     *Teresita Falcon Matos, et al. v. Astra Merck,*    )
22 | *Inc., et al.*                                      )
     *(06-2660 CRB)*                                     )
23 |                                                     )
     *Ronny Maria Sanders, et al. v. Pfizer Inc*        )
24 | *(06-2681 CRB)*                                     )
                                                        )
25 | *Lori Sargent et al. v. Pfizer Inc*                )
     *(06-3675 CRB)*                                     )
26 |                                                     )
     *James Hall, et al. v. Pfizer Inc*                 )
27 | *(06-3676 CRB)*                                     )
                                                        )
28 | *John Hayhurst v. Pfizer Inc, et al.*              )

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EASTW2581180.1

1   (06-3758 CRB)                                    )

2   *Bill Casillas, et al. v. Pfizer Inc, et al.*    )
    (06-3958 CRB)                                    )
3                                                    )
    *Patricia Knudsen v. Pfizer Inc, et al.*         )
4   (06-4043 CRB)                                    )
                                                     )
5   *Betty Moncrief, et al. v. Pfizer Inc, et al .*  )
    (06-4100 CRB)                                    )
6                                                    )
    *Annette Edelen, et al. v. Pfizer Inc, et al.*   )
7   (06-4147 CRB)                                    )
                                                     )
8   *Debbie Mitchell v. Pfizer Inc, et al.*          )
    (06-4296 CRB)                                    )
9                                                    )
    *Joseph Gastaldi, et al. v. Pfizer Inc, et al.*  )
10  (06-4362 CRB)                                    )

11  *Demetrio Rubio v. Pfizer Inc, et al.*           )
    (06-4449 CRB)                                    )
12                                                   )
    *Earlene McBride, et al. v. Pfizer Inc, et al.*  )
13  (06-4462 CRB)                                    )
                                                     )
14  *Louis Walkingstick, et al. v. Pfizer Inc, et al.* )
    (6-4463 CRB)                                     )
15                                                   )
    *Virginia Thorne v. Pfizer Inc, et al.*          )
16  (06-4464 CRB)                                    )

17  *Rojelio Longoria, et al. v. Pfizer Inc, et al.* )
    (06-4586 CRB)                                    )
18                                                   )
    *Annie White, et al. v. Pfizer Inc, et al.*      )
19  (06-4678 CRB)                                    )

20  *Martha Stevens, et al. v. Pfizer Inc, et al.*   )
    (06-4920 CRB)                                    )
21                                                   )
    *Janette Smith v. Pfizer Inc, et al.*            )
22  (06-4977 CRB)                                    )

23  *Roselie Atkins, et al. v. Pfizer Inc, et al.*   )
    (06-5272 CRB)                                    )
24                                                   )
    *Dawna Garza v. Pfizer Inc, et al.*              )
25  (06-5416 CRB)                                    )

26  *Ralph Adams, et al. v. Pfizer Inc, et al.*      )
    (06-5591 CRB)                                    )
27                                                   )
    *Albert Leong v. Pfizer Inc, et al.*             )
28  (06-5666 CRB)                                    )

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581180.1

1

2   *Catherine Connolly, et al. v. Pfizer Inc, et al.*
    (06-5738 CRB)

3   *Randy Masker, et al. v. Pfizer Inc, et al.*
    (06-5739 CRB)
4

5   *Charlie Rhome, et al. v. Pfizer Inc, et al.*
    (06-5740 CRB)

6   *Paulette Balda, et al. v. Pfizer Inc, et al.*
    (06-5765 CRB)
7

8   *William Halpin, et al. v. Pfizer Inc, et al.*
    (06-5777 CRB)

9   *Patricia Howard, et al. v. Pfizer Inc, et al.*
    (06-5916 CRB)
10

11  *Alice Ryan, et al. v. Pfizer, Inc, et al.*
    (06-5917 CRB)

12  *William Coleman, et al. v. Pfizer Inc, et al.*
    (06-5918 CRB)
13

14  *Monica Mittag, et al. v. Pfizer Inc, et al.*
    (06-5919 CRB)

15  *Cynthia Smith, et al. v. Pfizer Inc, et al.*
    (06-5963 CRB)
16

17  *John Roof v. Pfizer Inc, et al.*
    (06-5964 CRB)

18  *Lynda Jack, et al. v. Pfizer Inc, et al.*
    (06-5965 CRB)
19

20  *Ernest Grant v. Pfizer Inc, et al.*
    (06-5970 CRB)

21  *Alice L. Pettit, et al. v. Pfizer Inc, et al.*
    (06-5973 CRB)
22

23  *Wade Smith, et al. v. Pfizer Inc, et al.*
    (06-5975 CRB)

24  *Richard Gilmore, et al. v. Pfizer Inc, et al.*
    (06-5977 CRB)
25

26  *Sergio Estrada v. Pfizer Inc, et al.*
    (06-5978 CRB)

27  *John Vallee, et al. v. Pfizer Inc, et al.*
    (06-5981 CRB)
28

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | *Betty Scott, et al. v. Pfizer Inc, et al.* )<br>(06-5983 CRB) ) |
| 2 | ) |
| 3 | *Norman Hamblen, et al. v. Pfizer Inc, et al.* )<br>(06-6058 CRB) ) |
| 4 | *Dennis Johns, et al. v. Pfizer Inc, et al.* )<br>(06-6059 CRB) ) |
| 5 | ) |
| 6 | *Marion Walker, et al. v. Pfizer Inc, et al.* )<br>(06-6060 CRB) ) |
| 7 | *Bessie R. Jackson-Cook v. Pfizer Inc, et al.* )<br>(06-6061 CRB) ) |
| 8 | ) |
| 9 | *Mary Gonzales, et al. v. Pfizer Inc, et al.* )<br>(06-6062 CRB) ) |
| 10 | *Melvin Kenney, et al. v. Pfizer Inc, et al.* )<br>(06-6064 CRB) ) |
| 11 | ) |
| 12 | *Carol Pellini, et al. v. Pfizer Inc, et al.* )<br>(06-6065 CRB) ) |
| 13 | *Antonio Pratts v. Pfizer Inc, et al.* )<br>(06-6066 CRB) ) |
| 14 | ) |
| 15 | *Mark Childs v. Pfizer Inc, et al.* )<br>(06-6067 CRB) ) |
| 16 | *Mary Helen Johnson, et al. v. Pfizer Inc, et al.* )<br>(06-6068 CRB) ) |
| 17 | ) |
| 18 | *James E. Garver, et al. v. Pfizer Inc, et al.* )<br>(06-6070 CRB) ) |
| 19 | *Tiffany R. Noell, et al. v. Pfizer Inc, et al.* )<br>(06-6071 CRB) ) |
| 20 | ) |
| 21 | *Beth Lehnan, et al. v. Pfizer Inc, et al.* )<br>(06-6073 CRB) ) |
| 22 | *Sharon Payne, et al. v. Pfizer Inc, et al.* )<br>(06-6075 CRB) ) |
| 23 | ) |
| 24 | *Nancy Harsh, et al. v. Pfizer Inc, et al.* )<br>(06-6083 CRB) ) |
| 25 | *Dennis Yeager, et al. v. Pfizer Inc, et al.* )<br>(06-6084 CRB) ) |
| 26 | ) |
| 27 | *Lynda Jack, et al. v. Pfizer, Inc, et al.* )<br>(06-6087 CRB) ) |
| 28 | *Fred Hardee, et al. v. Pfizer Inc, et al.* ) |

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\2581180.1

1   (06-6088 CRB)                                          )

2   *Lynn Hodges, et al. v. Pfizer Inc, et al.*            )
    (06-6089 CRB)                                          )
3                                                          )
    *Willie Vaughn v. Pfizer Inc, et al.*                  )
4   (06-6092 CRB)                                          )
                                                           )
5   *Pauline Swihart, et al. v. Pfizer Inc, et al.*        )
    (06-6093 CRB)                                          )
6                                                          )
    *Douglas Horton v. Pfizer Inc, et al.*                 )
7   (06-6094 CRB)                                          )

8   *June N. Bell v. Pfizer Inc, et al.*                   )
    (06-6095 CRB)                                          )
9                                                          )
    *Jerry Rice, et al. v. Pfizer Inc, et al.*             )
10  (06-6096 CRB)                                          )

11  *Stephen Bryan, et al. v. Pfizer Inc, et al.*          )
    (06-6097 CRB)                                          )
12                                                         )
    *Steven Woods, et al. v. Pfizer Inc, et al.*           )
13  (06-6098 CRB)                                          )
                                                           )
14  *Brad Lovitt, et al. v. Pfizer Inc, et al.*            )
    (06-6116 CRB)                                          )
15                                                         )
    *April Froehlich, et al. v. Pfizer Inc, et al.*        )
16  (06-6117 CRB)                                          )

17          Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

18  the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

19  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

20  each side bearing its own attorneys' fees and costs.

21

22

23

24

25

26

27

28

-5-

DATED: 10-29, 2009      By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2, 2009      By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009      _____
Hon. Charles R. Breyer
United States District Court

-6-

PFZR/1035934/112560v.1

EAST\42581180.1